# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

MICHAEL JOHNSON,

        Petitioner,      :    Case No. 1:17-cv-758

  - vs -                         District Judge Timothy S. Black
                                Magistrate Judge Michael R. Merz

Warden,
  Chillicothe Correctional Institution

                                        :

        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above-captioned case is hereby TRANSFERRED from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

February 11, 2019.

                                                            s/ *Michael R. Merz*
                                                     United States Magistrate Judge